E-FILED
Thursday, 25 January, 2018  03:52:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Joshua Hoskins

**Plaintiff**

)
)
)
)
)

vs.

)
)

Case No. _____

*(The case number will be assigned by the clerk)*

J. Attig, S. Prentice, K. Davidson,
mR. Evans, D. Jackson, J. Olson, mR. Forbes
mR. Zimmerman, J. Overfelt, m. melvin,
mR. moreland, K. Delong, T. Kennedy,
m. Taylor, J. Bell, E. Ruskin, C. Hansen
T. Kjellesvik, C. Evtsey, B. Schmeltz,
A. Alden, J. Culkin, R. Ojelade, D. Hedrick,
L. Smith, G. Pierce, mR. Cox, mR. Kochel.

)
)
)
)
)
)
)
)
)
)
)

SCANNED at PCC and E-mailed
(date) by ___ (initials)
01.25.18    42    (# of pages)

**Defendant(s)**

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

~~Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or~~
other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ___JOshuA HOSKIhs___

Prison Identification Number: ___R54570___

Current address: ___ponttac CORRectiont center p.o. box 99___
___ponttac I-I 61764___

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is
more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his
or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: ___Jim B Attig___

Current Job Title: ___CORRectiont Internal affairs officer___

Current Work Address ___pontial CORRectiont center P.o. box 99___
___pontiac illinois 61764___

Defendant #2:

Full Name: ___D. JAckson___

Current Job Title: ___CORRectiont officer___

Current Work Address ___pontiac CORRectiont center___
___P.o. box 99  pontiac I-I 61764___

Defendant #3:

Full Name: ___MR. Zimmern___

Current Job Title: ___Heutenent___

2

Current Work Address _PONTIAC CORRECTIONAL CENTER_
_P.O. box 99 pontiac Il 61764_

Defendant #4:

Full Name: _MR. MORELAND_

Current Job Title: _Sergeant_

Current Work Address _pontiac CORRECTIONAL center_
_P.O. box 99 PONTIAC Il 61764_

Defendant #5:

Full Name: _L. Smith_

Current Job Title: _Lieutenant_

Current Work Address _PONTIAC CORRECTIONAL center_
_P.O. box 99 pontiac Il 61764_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒     No ☐

C. If your answer to B is yes, how many? _23_     Describe the lawsuit(s) below.

3

Defendant #6
  full name: M. taylor
  current job title: lieutenant
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #7
  full name: fraci K Jellesvik
  current job title: Registered nurse (RN)
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #8
  full name: A. Hilden
  current job title: medical Director
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #9
  full name: R. O Jelade
  current job title: physician Assistant
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #10
  full name: S. Prentice
  current job title: MAJOR
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #11
  full name: J. Olson
  current job title: Correctional Internal affairs officer
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #12
  full name: JACK overfelt
  current job title: nurse (CNII)
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #13
  full name: K. Delong
  current job title: Correctional officer
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #14
  full name: J. Bell
  current job title: Correctional officer
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #15
  full name: C. Eutsey
  current job title: lieutenant
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #16
  full name:
  current job title:
  current work address:

Defendant #17
  full name:

Defendant #18
  full name: JAde Drilling culkin
  current job title: Registered nurse (RN)
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #19
  full name: Denver Hedrick
  current job title: Correctional Intelligence officer
  current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #18
    full name: MR. Evans
    Current Job Title: lieutenant

Defendant #19 (18)
    full name: Kelly DAVidson
    Current Job Title: chief Institutional Investigator
    Current Work Address:

Defendant #20 (19)
    full name: MR. forbes
    Current Job Title: Internal affairs lieutenant / Chief Investigator
    Current Work Address: Pontiac Correctional center p.o. box 99 pontiac IL 61764

Defendant #21 (20)
    full name: michael melvin
    Current Job Title:
    Current Work Address:

Defendant #22 (21)
    full name: TERI Kennedy
    Current Job Title:
    Current Work Address:

Defendant #23 (22)
    full name: Emily Ruskin
    Current Job Title:
    Current Work Address:

Defendant #24 (23)
    full name: BRIAN Schmeltz
    Current Job Title: Correctional
    Current Work Address:

Defendant #25 (24)
    full name: MR. pierce (G. pierce)
    Current Job Title: Correctional Intelligence officer
    Current Work Address:

Defendant #25
    full name: C. HANSEN
    Current Job Title: nurse practitioner
    Current Work Address: pontiac Correctional center p.o. box 99 pontiac IL 61764

Defendant #26
    full name: MR. Evans
    Current Job Title: lieutenant
    Current Work Address: pontiac Correctional center p.o. box 99 pontiac IL 61764

Defendant #27
    full name: MR. Cox
    Current Job Title: Correctional internal affairs officer
    Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #28
    Current Job Title: full name: MR. Kochel
    Current Job Title: Correctional Intelligence & internal affairs officer
    Current Work Address: pontiac Correctional center, p.o. box 99, pontiac IL 61764

1. Name of Case, Court and Docket Number  U.S. District Court N. D. illinois court

HosKins v. DARt et al.  1:09-cv-5145

2. Basic claim made _____ Failure to protect

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____ the use settled out

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑  No ☐

If your answer is no, explain why not due to the defendants in this case restricting me from utilizing the grievance system at pontivic to address staffs conduct I sent a grievance to the ARB. that they returned refusing to address it several counselors told me that they wasnt gonna address my grievance due to it reverting to staffs conduct towards me.

C. Is the grievance process completed?  Yes ☐  No ☑ See responces to question 8 I brought my issues to counselors ms. Demittin and ms. Weaver whose duties it was to address my grievances there responses was that they wasnt gonna address my grievances and any other complaints with staffs conduct in them (grievances related to staffs conduct) also when I had in person interactions with counselors Demittin weaver, Horton, Alvarado and Moroney in the north cell house (NCH) and on the grounds of pontivic (I.p.o.c.) I at all times asked them if they had received their responses was at all times no when I requested that they made mention of my concerns in their counseling summary reports my requests was at all times denied and miscellaneous reasons of why was at all times givin.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional center

4

1. NAME of case, court and Docket number: Hoskins v. Dart et al.
1:09-CV-5730 U.S. Dist court N. D.-Ill

2. Basic claim made. Excessive force

3. Disposition: the case settled out

1. Name of case, court and Docket number: Hoskins v. Dart et al.
1:09-CV-5915 U.S. Dist court N.D.Ill

2. Basic claim made: denial of medication Eighth Amendment violation

3. Disposition: the case settled out

1. name of case, court and Docket number: Hoskins v. Daft et al.
   1:10-CV-00676 U.S. Dist Court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. NAME of case, Court and Docket Number: Hoskins v. DART et al.
1:10-cv-00677 U.S. Dist Court N.D. Ill

2. BASIC claim made: dismissed

3. Disposition: dismissed

1. NAme of case, court and Docket number: Hoskins v. DART et al.
1:10-CV-00702 U.S. Dist court N.D. Ill

2. BASiC claim made: dismissed

3. Disposition: dismissed

1. NAME OF CASE, court and Docket number: Hoskins v Dart et al.
1:10-CV-00703 U.S. Dist Court N.D. Ill

2. Basic Claim made: dismissed

3. Disposition: dismissed

1. NAme of cAse, court and Docket number: Hoskins v DARt et al.
   1:10-CV-00704 U.S. Dist court N.D.Ill

2. BAsic clAim mAde: dismissed

3. Disposition: dismissed

1. NAME of Case, court and Docket number: Hoskins v Dart et al.
   1:10-CV-00705 U.S. Dist Court M.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. Name of case, court and Docket number: Hoskins v. Dart et al.
   1:10-CV-00706 U.S. Dist Court N.D. Ill

2. Basic Claim Made: dismissed

3. Disposition: dismissed

1. Name of case, court and Docket number: Hoskins v. Dart et al. 1:12-CV-4256 U.S. Dist Court N.D. Ill

2. BASIC claims dismissed

3. Disposition: dismissed

1. Name of case, Court and Docket number: Hoskins v. prentice et al.
1:15-CV-1134 U.S, Dist Court C.D. Ill

2. BASIC CLAIM MAde: Inhumane Conditions of confinement & Retaliation

3. Disposition: still pending

1. NAMe of case, court and Docket number: Hoskins v. pfister et al
[:]15-cv-1181 U.S. District court C.D. Ill

2. Basic claim Made: Retaliation & failure to protect

3. Disposition: the Jury entered Judgment during
a Jury trial found 1 Defendant guilty of the failure
to protect claim that concluded the trial in the favor
of plaintiff

· NAME OF CASE, Court and Docket number: Hoskins v. McCormick
1:15-CV-1182 U.S. Dist Court C.D. Ill

2. Basic Claim made: Eighth Amendment Violation

3. Dispositions: dismissed

1. NAME OF CASE, Court and Docket Number: Heskins v. Attig et al.
   1:15-CV-01202 U.S. Dist Court C.D. Ill

2. BASIC claim made: Retaliation & Inhumane conditions of confinement

3. Disposition: Still pending

1. nAme of cAse, Covet and Docket number: Hoskins v. pRentice et al.
1:15-CV-01248  u.s. Dist covet c.D. Ill

2. BASic clAim mAde: Inhumane conditions of confinement & Retaliation

3. Disposition:

1. NAME of case, court and Docket number: Hoskins v Hlden etal.
   1:15-CV-01249 U.S. Dist court C.D. Ill

2. BASIC claim made: Eighth & first Amendment violations

3. Disposition: terminated

1. NAME of case, court and Docket number: Heskins v Phillips et al. U.S. Dist Court S.D. Ill U.S. Dist Court S.D. Ill 1:16-CV-00334

2. BASIC claim made: Excessive fore, Retaliation etc

3. Disposition: still pending

1. Name of case, court and Docket number: Hoskins v Dilday et al. 1:16-CV-00335 U.S. Dist court S.D. Ill please see case Hoskins v Dilday et al. 1:16-CV-00334

2. Basic claim made: See case Hoskins v Dilday et al. 1:16-CV-00334

3. Disposition: Still pending   See case Hoskins v Dilday et al. U.S. Dist court S.D. Ill 1:16-CV-00334

1. NAME OF CASE, Court and Docket number: Hoskins v. Spiller et al. 1:16-CV-01232 U.S. Dist Court S.D. Ill

2. BASIC CLAIM Made: Excessive force, Retaliation etc

3. Disposition: Still pending

1. NAME OF CASE, Court and Docket number: Hoskins v Spiller et al. 1:16-CV-01409 U.S. Dist court C.D.Ill please see case Heskins v Spiller et al. 1:16-CV-01232 S.D.Ill U.S. Dist court

2. BASIC CLAIM MADE: please see case Heskins v Spiller et al. 1:16-CV-01232 U.S. Dist court S.D.Ill)

3. DISPOSITION: please see case Heskins v Spiller et al. 1:16-CV-01232 U.S. Dist court S.D.Ill

1. Name of case, court and Docket number: Hoskins v. spiller et al.
3:17-cv-01122 (3:17-cv-01121)

2. Basic claim made: Retaliation and other claims

3. Disposition: the case still pending

1. Name of case, court and Docket number: Hoskins V. Eovaldi et al.
   3:17-cv-01122
   3:17-cv-01122

2. Basic claim made:

3. Disposition: the case still pending

1. Hoskins v Unknown party 1:18-cv-00221 1:18-cv-000~~25~~

2. BASIC claim Made:

3. Disposition: the case still pending

Date(s) of the occurrence MAY 27th 2017 = ~~January~~ ~~8th 2018~~ 08th 2018

January 8th 2018

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1.) On 5/27/17 during the morning in the north cellhouse (NCH) c/o D. Jackson came to my cell (N507) opened the chuckhole to take a styrafom trayout once I gave it to him he (Jackson) slamed four of my fingers in the chuckhole that caused cuts on my fingers that burned tore skin, bleeded my pinky finger was cut open that caused half of my finger nail to come off that bleeded bad caused serious pain, swellin and bleedin c/o Jackson stated you (Hoskins) know whats that for if you dont its due to that ticket (Disciplinary report) that you caught (caught) at stateville for threatening to kill that stateville lleutenant S. Scott officer work and lieutenant L. Whitecotton who held the adjustment committee hearing that ticket showed us (Jackson & other staffs) the incident reports and ticket (Disciplinary report) that they (Whitecotton & wolf) had heard that was written by that lieutenant (Scott) officer Jackson stated that he had also slamed my left hand in the chuckhole due to his co-worker officer Delong from another shift tellin him (Jackson) that I had threaten to file a lawsuit againts him (Delong) and slamed my hand in the chuckhole for a lot of other reasons. Just to get back at you (Hoskins) for institutional complaints and court complaints you (Hoskins) put againts Pontiac staffs he (Jackson) stated that his boys officers Attig, pierce and Hedrick from the internal affairs & intelligence units been told me (Jackson) to get you (Hoskins) officer Attig told me (Jackson) he told you when he walked past your cell earlier this month that he was gonna have me (Jackson) to victimize you. (2.) during the 3 to 11 shift in the north cellhouse lieutenant mr Zimmern & sergeant mr moreland came on five gallery where I was housed at I told both of them about officer Jackson conduct in its entirety and told them both as I showed them my injuries and requested for medical treatment

it should be noted that I had interaction 02:02 that D. Jackson Page 3:32 in the morning in the east complex building and during the morning in the east cell house during a 12/19/17 warden tour he (Kochei) stated that him (Kochei) another officer under the name cox knew officer D. Jackson very well, knew that officer D. Jackson was gonna abuse me on the date of 5/27/17 because he had told them he was and they didnt tell him not to or reported him so I wouldnt been abuse due to grievances officer Attig told them that I had written on him (Attig) in the year 2014.

and medical necessities sergeant Moreland stated Hoskins who the fuck you think I am I'm aware of what officer Jackson did to your hand earlier we aint dum enough to injure your then give your inmates medical treatment you aint about to get officer Jackson in trouble for slamming your hand in the chuckhole thats why you aint being taken to the health care unit just so you want have documents that show you received injuries documents that you could use against officer Mr. Jackson lieutenant Mr. Zimmeran stated so therefore you aint getting no health care unit medical treatment officer Jackson told us how he tried to take one of your fingers off when he slammed your hand in the chuckhole earlier we aint gonna let you be the reason of why you will have and use proof of injuries against officer Jackson thats why we aint taken you to the health care unit where they would have to note your injuries and statements they would have to note as to how did your injuries occured. I (Zimmeran) been doing this for a while Hoskins I know what im doing to cover for my staffs and co-workers you just gonna bleed and be in pain. sergeant Moreland stated you gonna be in alot of pain without motrins (Ibupeufens) and other medical necessities you gonna hate that you threaten to kill that lieutenant at stateville this what you also get in return for that as well we read those March 31st 2017 & April 2017 incident reports and Disciplinary reports that was written by that lieutenant Scott at Statcville. lieutenant Mr. Zimmeran stated you made some serious threats to her and by her being another lieutenant what I am as well I feel for that lieutenant and we gotting you back for that and you being in pain would be a payback so thats another reason why we aint gonna send you to get medical treatment just so you dont get any motrins (Ibupeufens) pain relief or shit you fucked sergeant Moreland stated you gonna deal with your bleedings and pains mutha fucker. on 5-28-17 during the morning in the North cell house C/O D. Jackson came to my cell (N507) stated that he had told his boy officer Attig that he (Jackson) gave me what he (Attig) wanted him to do to me yesterday (slammed my hand in the chuckhole) C/O Jackson stated that his boy officer Attig being a internal affairs officer he (Attig) could have prevented him (Jackson) from being disciplined by the Pontiac (I.D.O.C.) and I.D.O.C. investigation unit period if I reported C/O Jackson conduct of slamming my left

(2.)

6

(it should be noted that officer Kochel had stated to me on the dates 11/4/17 and 12/19/17 during the morning that they knew how bad Officer D. Jackson had injured my left hand and didn't assist me with getting medical care as constantly requested from them, due to me getting lieutenant Davidson who was a lieutenant for their I.A. & intel unit years prior as she told them and denied me medical care so I could have delt with pains.

hand in the chuckhole he (Jackson) had further stated that Officer Attig had told ~~him and other staffs to had made sure that non of them assisted me with~~ getting medical treatment because by him (Attig) being a Internal affairs officer he knows what evidence needed to be concealed and what documents could been used against staffs and prisoners during a Internal affairs Investigation. C/O D. Jackson stated that Internal affairs officers Olson & Attig told him and been told him about the lawsuit that I had filed against them (Attig & Olson) and him (Jackson) slamming my left hand in the chuckhole a day prior was due to that and for alot of other reasons you want win no suits against me because you dont have no proof of the injuries I caused you on your hand thats why we not letting no staffs take you to get stitches (sutures) nor anyother sort of medical treatment I'm gonna make sure you dont get no bandages, antibiotics, tylenols or shit you gonna be in pain and I want your injuries to get infected punk ass boy. (#) On 5-29-17 during the morning in the north cell house C/O D. Jackson came to my cell (N507) and stated that Chief Investigator Kelly Davidson for the Internal affairs & Intelligence units, Intelligence unit officers Pierce, Hedrick, Officers Olson & Attig from the internal affairs unit told him (Jackson) that I had been sending kites to their units (Internal affairs & Intelligence units) tellin them that Officer D. Jackson had been threatening to abuse me in all types of ways C/O D. Jackson stated you see you didn't get any protection from them. Im also not a dummie Officer Olson told me (Jackson) that you have a lawsuit against him for failure to protect and the Officers Lyle, Pina and lieutenant Rosenberger who allowed my attack had fucked up by sending me to the health care unit where my injuries was documented he (Jackson) aint dum enough to do that after he had slamed my left hand in the chuckhole where my injuries could have and would have been documented and a great possibility used against him, during a I.Do.c. (Illinois Department of Corrections) internal affairs, internal investigation and or in court although (even though) internal affairs unit officer Attig told him he (Attig) had the authority as a Internal affairs officer to prevent him (Jackson) from being disciplined due to his (Jackson) conduct towards me (slamming my left hand in chuckhole)(#). On 5-30-17 during the morning in

7

"it should be noted that on the date of 6/00/17 JESU in the morning of the north cell house a officer Cox who was identified as officer Cox from I.A unit by another inmate this officer COR stated to me while being on the side of my cell that they received my kites about my safety concerns of being abused by officer D. Jackson felt that I deserved being abused by kites since I had grieved Ms. prestice when she was a lieutenant years ago and due to officer Jackson tellin them that I made threats of getting the interm affairs unit cox unit (came)

the north cell house (NCH) RN (Registered nurse) traci K Jellesvik came to my cell to serve me my prescribed psychotropic medications. I showed her my injured left hand (injuries) and requested that she provided medical care/treatment she stated out-loud aggressively muthafucka you know you aint getting no assistance from us (medical staffs) we've received all your sick call slips since your injury occured we reviewed what you stated in your sick call slips stating that officer D. Jackson slammed your left hand in your chuckhole we been barred you from getting medical treatment from our health care unit (H.C.U.) and we not gonna provide you with medical treatment due to you threatening to kill that lieutenant at Stateville assaulted a guard at Stateville in the past, put lawsuits aginst medical staffs who I (K Jellesvik) worked with physician assistant O Jelade, medical Director A. Hilden and for more other reasons we not gonna be the reason of why you have proof of injuries that you sustained as a result of officer D. Jackson attackin you that would get him in trouble by the interm affairs units due to his conduct towards you so therefore we will not be documenting the conditions of your left hand, storing your sick call slips in your medical records as well nor doing any incident reports based on the nature of your injuries and how your left hand was injured just so officer Jackson wouldnt got fired. during the 3 to 11 shift in the north cell house (NCH) shortly after 5:00pm lieutenant MR. L. Smith came to my cell (N507) after I stoped him once I identified my full name to him told him that c/o D. Jackson slammed my left hand in the chuckhole denied me medical care he (L. Smith) immediately stated Hoskins we know all about that and why he slammed your hand in the chuckhole im not reporting officer Jackson conduct towards you nor will me (L. smith) my staffs and other lieutenants b.e sending you to the health care unit where health care unit would have had to document your injuries and statements you give them tellin them how your injuries occured just so my officer D. Jackson do not get in trouble we giving you what you deserve for threatening to kill that Stateville lieutenant Scott we have the incident reports from that incident I hope you stay in pain

#6 (6) on 5/31/17 during the morning in the north cell house (NCH) where I was housed

8
6

It should be noted that a officer Cox told me on the cctv of 6/29/17 while I was in the north cell house that he knew officer Jackson was gonna abuse me on 5/27/17 because officer Jackson told him prior to my 5/27/17 abuse that he (Jackson) was gonna harm me on 5/27/17 and he didn't prevent it (my attack) from happening due to grievances I had wrote on officer Attig kers prior and he made sure I wasn't secured by medical at RN (Registered nurse) Ms. traci K Jenesvik came to my cell to serve me my prescribed psychotropic medication she had immediately stated to me (Hoskins) dont tell me shit about the pains, bleedings, and swellings in your left hand and pinky finger I already told you you aint getting no medical treatment so stop sending sick call slips to our health care unit. MAJOR S. Prentice came on five gallery where I was housed at stoped at a cell that was right next to my cell going towards the end of the shift she stated yeah you (Hoskins) see how that work you see how we had my officer Jackson to slam your hand in your chuckhole we hoped he broxed your hand bitch Interim affairs officer Attig told me to tell you to put that in your next lawsuit cause we dont give a fuck Im (Prentice) gonna at all times know when you have to come out of your cell for movement I promise you I then already told all my cell house staffs to get you and get you everytime you come out of your cell to kick your ass out of the view of surveillance cameras you got it coming again and when you assaulted by another officer Just know I (Prentice) sent that hit. Interim affairs unit officer Attig and others told us you had been directing kites to the Interim affairs & Intelligence units telling them about officer Jackson slamming your hand in your chuckhole nurses JAde & traci told me (Prentice) that you had been constantly sending sick call slips to them. trying to obtain medical treatment on your left hand we made sure them sick call slips was distroyed intelligence unit officers Hedrick, Pierce, chief Investigator Kelly Davidson and Interim affairs officers Attig & olson told us that prior to c/o D. Jackson slamming your left hand in your chuckhole you sent them numerous of kites telling them that c/o Jackson had been threatening to harm you and you feared for your safety. you also threaten olson (Interim affairs officer) in your kite with another failure to protect lawsuit if he didnt protect you by harming you and officer Jackson seperated we laughed at your kites we dont take your lawsuits against us serious we still have our Jobs. MAJOR S. Prentice had stated that her and Interim affairs unit officer Attig knew what evidence could been used against staffs that was a part of the reason of why they didnt and knew not to send me to the health care unit to get my left hand

9